IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CT-3084-BO

| | |
|---|---|
| DAVID EUGENE BRINKLEY, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>Defendants. ) | **ORDER** |

David Eugene Brinkley ("plaintiff"), a federal inmate, filed suit in this court. After full and detailed review by the court, the matter was dismissed on January 12, 2012. The motion filed by Brinkley on September 30, 2011, was not specifically mentioned within the order, however, the court carefully considered the filing in rendering the January 12th order. Thus, the motion of September 30, 2011, is denied and dismissed. (D.E. # 11).

SO ORDERED, this the __13__ day of January 2012.

TERRENCE W. BOYLE
United States District Judge